**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YANNA VILLAFANA BONACHEA,<br>Petitioner,<br>v.<br>TODD BLANCHE, *et al.*,<br>Respondents. | Civil Action No. 26-9108 (ZNQ)<br><br>**ORDER** |

This matter comes before the Court on Petitioner's amended petition for a writ of habeas corpus. (ECF No. 3.) As Petitioner has paid the applicable filing fee, as the Court has considered her petition in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 through Rule 1(b), and determined that dismissal prior to submission of an answer is not warranted, the Government shall be directed to file an answer to the petition.

**IT IS THEREFORE** on this 28th day of July 2026,

**ORDERED** that the Clerk of the Court shall serve copies of the petition (ECF No. 1), and this Order, upon Respondents by regular mail, with all costs of service advanced by the United States; it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the petition, and this Order, to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; it is further

**ORDERED** that, within 3 days after the date of entry of this Order, Respondent shall electronically file a full and complete answer to the petition, which responds to the factual and legal allegations of the Petition paragraph by paragraph; it is further

**ORDERED** that, to the extent Petitioner is currently detained and no longer on bond, the answer shall clarify her place of detention, the warden of that facility, and the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243; it is further

**ORDERED** that Respondent shall raise by way of the answer any appropriate defenses which Respondent wishes to have the Court consider, including, but not limited to, exhaustion of administrative remedies, and also including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; it is further

**ORDERED** that Respondent shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within 2 days after the answer is filed; it is further

**ORDERED** that, within 7 days after any change in Petitioner's custody or immigration status, be it a final order of removal or otherwise, Respondent shall electronically file a written notice of the same with the Clerk of the Court; it is further

**ORDERED** that to the extent that Petitioner is detained, the Government shall not transfer Petitioner out of New Jersey until this Court issues a decision in this matter; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner electronically.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**